Dorothy G. SCOTT, Doing Business as Cotton Products Laboratories, Plaintiff-Appellant, v. Maurice CAMPBELL, Federal Prohibition Administrator for the Southern and Eastern Districts of New York, Andrew W. Mellon, Secretary of the Treasury, and James M. Doran, Prohibition Commissioner, Defendants-Appellees.

Circuit Court of Appeals, Second Circuit. May 20, 1929.

No. 341.

William Owen Van Keegan, of New York City, for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg, Asst. U. S. Atty., of Brooklyn, N. Y., John E. O'Neill, Senior Atty. of the Prohibition Administrator, of New York City, of counsel), for appellees.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order [33 F.(2d) 904] affirmed.